Stephen M. Doniger, Esq. (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs, Esq. (SBN 235718)
scott@donigerlawfirm.com
Regina Y. Yeh, Esq. (SBN 266019)
regina@donigerlawfirm.com
DONIGER / BURROUGHS APC
300 Corporate Pointe, Suite 355
Culver City, California 90230
Telephone: (310) 590-1820
Facsimile:  (310) 417-3538
Attorneys for Plaintiff

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMAGELINE, INC., a Virginia Corporation<br><br>Plaintiff,<br><br>v.<br><br>HEWLETT-PACKARD DEVELOPMENT COMPANY, L.P., a Delaware Company; and DOES 1 through 10, inclusive;<br><br>Defendants. | Case No.:  CV 11-0172 SJO (PLAx)<br>*The Honorable S. James Otero Presiding*<br><br>**ORDER ON STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE** |

    Having reviewed the parties' Stipulation for Dismissal of Action with Prejudice and finding good cause thereon,

- 1 -

1  IT IS HEREBY ORDERED that this case be dismissed in its entirety with
2  prejudice, with each party to bear its own costs and fees incurred against each other.

3
4  SO ORDERED.

5
6
   Dated: August __9___, 2011         _____
7                                      HON. S. JAMES OTERO
8                                      U.S. DISTRICT COURT JUDGE

- 2 -